UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB STRUCTURED PRODUCTS, INC.

        Plaintiff,

-against-

PRAJNA GROUP, INC.,
d/b/a LIBERTY MORTGAGE FUNDING

        Defendant.

Civ. No.



07 CV 4116

### STATEMENT PURSUANT TO RULE 7.1
### OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff DB Structured Products, Inc., states as follows:

Defendant DB Structured Products, Inc. is wholly owned by DB U.S. Financial Markets Holding Corporation, a Delaware Corporation which is wholly owned by Taunus Corp., which is wholly owned by Deutsche Bank AG, which is a publicly held corporation.

Dated: New York, New York
       May 25, 2007

                        THACHER PROFFITT & WOOD LLP

                        By: _____
                           John P. Doherty (JD-3215)
                           Richard F. Hans (RH-0110)
                           Kerry Ford Cunningham (KF-1825)
                           Brendan E. Zahner (BZ-8645)
                           Two World Financial Center
                           New York, New York 10281
                           (212) 912-7400

                           *Attorneys for DB Structured Products, Inc.*