UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.<br><br>Plaintiff,<br><br>-against-<br><br>PRAJNA GROUP, INC.,<br>d/b/a LIBERTY MORTGAGE FUNDING<br><br>Defendant. | Civ. No. |

## EXPLANATION OF RELATEDNESS

Pursuant to Rule 15 of the Rules for the Division of Business Among District Judges, this case is related to Case No. 07-__4106__ pending before District Judge __Cote__. This case is filed by the same plaintiff and asserts the same claims against a different, but similarly situated defendant, pursuant to the same or similar provisions of a nearly-identical contract. The subject matter of the cases – the defendant's obligation to repurchase mortgage loans purchased by plaintiff – is identical. Therefore, assigning this case as a related case to District Judge __Cote__ will result in substantial judicial economy and saving of judicial resources.