UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                      Plaintiff,

-against-

PRAJNA GROUP, INC.,
d/b/a LIBERTY MORTGAGE FUNDING

                      Defendant.
-----------------------------------------------------------------x

**ECF CASE**

07 Civ. 4116 (DLC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

        JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

        On July 20, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 20, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                                        Prajna Group, Inc.
                                        d/b/a Liberty Mortgage Funding
                                        Attn: BG Phouthavong
                                        9300 Shelbyville Rd., Suite 400
                                        Louisville, KY  40222

                                        _____
                                        JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
23rd day of July 2007

_____
Notary Public
CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010