```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DB STRUCTURED PRODUCTS, INC.,        :
                                     :   07 CIV. 4106(DLC)
                    Plaintiff,       :   (KNF)*
                                     :
        -v-                          :
                                     :        ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,:    REFERENCE TO A
d/b/a ZONE FUNDING,                  :   MAGISTRATE JUDGE
                    Defendant.       :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                    Plaintiff,       :   07 CIV. 4109
                                     :
        -v-                          :
                                     :
BALTIMORE AMERICAN MORTGAGE          :
CORPORATION, INC.,                   :
                    Defendant.       :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                    Plaintiff,       :   07 CIV. 4115
                                     :
        -v-                          :
                                     :
FIRST CAPITAL MORTGAGE CORP.,        :
                                     :
                    Defendant.       :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                    Plaintiff,       :   07 CIV. 4116
                                     :
        -v-                          :
                                     :
ACT LENDING CORPORATION,             :
                                     :
                    Defendant.       :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                    Plaintiff,       :   07 CIV. 4118
                                     :
        -v-                          :
                                     :
COMMONSENSE MORTGAGE CORPORATION, INC.,:
                                     :
                    Defendant.       :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

```
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
                Plaintiff,          :    07 CIV. 4119
                                    :
        -v-                         :
                                    :
LENDER, LTD.,                       :
                Defendant.          :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
                Plaintiff,          :    07 CIV. 4120
                                    :
        -v-                         :
                                    :
MARIBELLA MORTGAGE, LLC,            :
                                    :
                Defendant.          :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
                Plaintiff,          :    07 CIV. 4121
                                    :
        -v-                         :
                                    :
LANCASTER MORTGAGE BANKERS, LLC,    :
                                    :
                Defendant.          :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :    07 CIV. 4122
                Plaintiff,          :
                                    :
        -v-                         :
                                    :
GREAT NORTHERN FINANCIAL GROUP, INC.,:
                                    :
                Defendant.          :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
                Plaintiff,          :    07 CIV. 4123
                                    :
        -v-                         :
                                    :
INVESTAID CORPORATION,              :
                                    :
                Defendant.          :
------------------------------------:
```

```
DB STRUCTURED PRODUCTS, INC.,          :
                                       :
                Plaintiff,             :    07 CIV. 4124
                                       :
        -v-                            :
                                       :
CAMERON FINANCIAL GROUP, INC.,         :
                                       :
                Defendant.             :
---------------------------------------:
DB STRUCTURED PRODUCTS, INC.,          :
                                       :
                Plaintiff,             :    07 CIV. 4125
                                       :
        -v-                            :
                                       :
TRANSNATIONAL FINANCIAL NETWORK, INC., :
                                       :
                Defendant.             :
---------------------------------------:
DB STRUCTURED PRODUCTS, INC.,          :
                                       :
                Plaintiff,             :    07 CIV. 4126
                                       :
        -v-                            :
                                       :
BAYROCK MORTGAGE CORPORATION,          :
                                       :
                Defendant.             :
---------------------------------------:
DB STRUCTURED PRODUCTS, INC.,          :
                                       :
                Plaintiff,             :    07 CIV. 4127
                                       :
        -v-                            :
                                       :
IFREEDOM DIRECT CORPORATION, f/k/a NEW :
FREEDOM MORTGAGE CORPORATION,          :
                                       :
                Defendant.             :
---------------------------------------X
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |

3

| | | | |
|---|---|---|---|
| ___ | Specific Non-Dispositive Motion/Dispute* | _____ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |

Purpose: _____

_____

_____

| | | | |
|---|---|---|---|
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| X | Settlement* | _____ | Social Security |
| __ | Inquest After Default/Damages Hearing | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Particular Motion: _____

_____

_____

\*    Do not check if already referred for general pretrial.

       **SO ORDERED:**

DATED:    New York, New York
           August 10, 2007

                                DENISE COTE
                       United States District Judge