UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X

DB STRUCTURED PRODUCTS, INC.,

     Plaintiff,

  -v-

PRAJNA GROUP, INC., d/b/a LIBERTY MORTGAGE FUNDING,

     Defendant.

------------------------------------------------------------------ -X

07 CIV. 4116 (DLC) (KNF)*

AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07
```

DENISE COTE, District Judge:

  The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | _____ | | Purpose: _____ |
| | _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | _____ |

\*  Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED: New York, New York
     August 22, 2007

               /s/ Denise Cote
               DENISE COTE
               United States District Judge