UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,                  :

                Plaintiff,                      :

               -against-                        :            **ORDER**
                                                                              07 Civ. 4106 (DLC)(KNF)
MORTGAGE CORP. OF AMERICA, INC.,               :
d/b/a/ ZONE FUNDING,
                                                                      :

               Defendant.
-------------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,                  :

                Plaintiff,                      :

              -against-                         :
                                                                              07 Civ. 4109 (DLC)(KNF)
BALTIMORE AMERICA MORTGAGE CORP.,
INC.,                                                                 :

               Defendant.                    :
---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                  :

                Plaintiff,                      :

              -against-                         :
                                                                              07 Civ. 4115 (DLC)(KNF)
FIRST CAPITAL MORTGAGE CORP.,                  :

               Defendant.                    :
---------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 09/26/07

```
------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

                Plaintiff,              :

        -against-                       :
                                            07 Civ. 4116 (DLC)(KNF)
PRAJNA GROUP, INC. d/b/a LIBERTY        :
MORTGAGE FUNDING,
                                        :
                Defendant.
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,           :

                Plaintiff,              :

        -against-                       :
                                            07 Civ. 4117 (DLC)(KNF)
ACT LENDING CORP.,                      :

                Defendant.              :
------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

                Plaintiff,              :

        -against-                       :
                                            07 Civ. 4118 (DLC)(KNF)
COMMONSENSE MORTGAGE CORP., INC.,       :

                Defendant.              :
------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

                Plaintiff,              :

        -against-                       :
                                            07 Civ. 4119 (DLC)(KNF)
LENDER, LTD.,                           :
                Defendant.              :
------------------------------------------------
```

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

                Plaintiff,              :

        -against-                       :
                                            07 Civ. 4120 (DLC)(KNF)
MARIBELLA MORTGAGE, LLC,                :

                Defendant.              :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

                Plaintiff,              :

        -against-                       :
                                            07 Civ. 4121 (DLC)(KNF)
LANCASTER MORTGAGE BANKERS, LLC,        :

                Defendant.              :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

                Plaintiff,              :

        -against-                       :
                                            07 Civ. 4122 (DLC)(KNF)
GREAT NORTHERN FINANCIAL GROUP,         :
INC.,
                Defendant.              :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

                Plaintiff,              :

        -against-                       :
                                            07 Civ. 4123 (DLC)(KNF)
INVESTAID CORPORATION,                  :

                Defendant.              :
------------------------------------------------------------
```

```
---------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

                Plaintiff,              :

        -against-                       :
                                                07 Civ. 4124 (DLC)(KNF)
CAMERON FINANCIAL GROUP, INC.           :

                Defendant.              :
---------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

                Plaintiff,              :

        -against-                       :
                                                07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FIN. NETWORK, INC.,       :

                Defendant.              :
---------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

                Plaintiff,              :

        -against-                       :
                                                07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,           :

                Defendant.              :
--------------------------------------------------------- X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that:

(1) settlement conferences shall be held in courtroom 20A, 500 Pearl Street, New York, New York, with the plaintiff, and the following defendants, on the dates identified below:

    A. First Capital Mortgage Corp.
       November 12, 2007, at 10:30 a.m.,

    B. Bayrock Mortgage Corp.
       November 12, 2007, at 2:30 p.m.,

    C. Baltimore America Mortgage Corp.
       November 13, 2007, at 10:30 a.m.,

    D. Lender Ltd.
       November 13, 2007, at 2:30 p.m.,

    E. Cameron Financial Group, Inc.
       November 15, 2007, at 10:30 a.m.,

    F. Prajna Group, Inc.
       (d/b/a Liberty Mortgage Funding)
       November 15, 2007, at 3:00 p.m.,

    G. Transnational Financial Network, Inc.
       December 4, 2007, at 2:30 p.m.,

    H. Great Northern Financial Group, Inc.
       December 5, 2007, at 10:30 a.m.,

    I. Maribella Mortgage, LLC
       February 4, 2008, at 10:30 a.m.,

    J. Lancaster Mortgage Bankers, LLC
       February 5, 2008, at 10:30 a.m.; and

(2)    the parties shall review the Settlement Procedures under which the conferences will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the Court's website at:

http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3)    at least ten days prior to the respective settlement conference dates, the appropriate parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should any of the above-noted parties resolve their litigation prior to the settlement conference, those parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       September 26, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE