```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DB STRUCTURED PRODUCTS, INC.,           :
                          Plaintiff,    :
                                        :    07 Civ. 4116 (DLC)
            -v-                         :
                                        :         ORDER
PRANJA GROUP, INC., d/b/a LIBERTY       :
MORTGAGE FUNDING,                       :
                          Defendant.    :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the Clerk of Court shall close the case.

    SO ORDERED:

Dated:    New York, New York
           February 13, 2008

                                                    _____
                                                      DENISE COTE
                                        United States District Judge